FILED

10/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0700

**Cause No. DA 22-0700**

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

IN THE MATTER OF:

**JEREMY LOOK**,

*Cross-Claimant*
*And Appellant*

v.

**CASEY McGOWAN**,
**MEGAN McGOWAN** AND
**KAREN SPAWN McGOWAN**

*Appellees*.

**ORDER FOR
EXTENSION OF TIME
TO FILE PETITION
FOR REHEARING**

On Appeal from the Montana Ninth Judicial District Court,
Glacier County, Cause No. DV-21-60
The Honorable Robert G. Olson Presiding

Upon consideration of Appellant's Motion for Extension to File Petition for Rehearing and good cause appearing,

IT IS HEREBY ORDERED that Appellant shall have up to and including October 26th, 2023, within which to file a Petition for Rehearing. No further extensions will be granted.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 11th, 2023

# CERTIFICATE OF SERVICE

I, Jeremy Look, hereby certify that I have served true and accurate copies of the foregoing Rulings - Commissions to the following on 10-10-2023:

Jason Trinity Holden (Attorney)
1314 CENTRAL AVE
P.O. BOX 2466
Montana
GREAT FALLS MT 59403
Representing: Casey McGowan, Megan McGowan, Karen Spawn McGowan
Service Method: eService

Katie Rose Ranta (Attorney)
Faure Holden, Attorneys at Law, P.C.
1314 Central Avenue
P.O. Box 2466
GREAT FALLS MT 59403
Representing: Casey McGowan, Megan McGowan, Karen Spawn McGowan
Service Method: eService

Jeremy Look (Appellant)
18924 Blackhawk Street
Porter Ranch CA 91326
Service Method: Conventional

Electronically Signed By: Jeremy Look
Dated: 10-10-2023